**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6238**

---

MICHAEL HARRISON O'NEAL,

Plaintiff - Appellant,

versus

WILLIAM C. FLANNARY; JERRY BROADWATER,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-96-45-R)

---

Submitted: July 23, 1996                    Decided: July 31, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Harrison O'Neal, Appellant Pro Se. James Rutledge Henderson, IV, HENDERSON & DE COURCY, P.C., Tazewell, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. O'Neal v. Flannary, No. CA-96-45-R (W.D. Va. Feb. 8, 1996). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED